**2010–2159. Goodman v. Mayhew.**

Montgomery App. Nos. 23834, 23835, and 23842, 2010-Ohio-5273.

LANZINGER and CUPP, JJ., dissent.

**2010–2229. State v. Holloway.**

Hamilton App. No. C–100219. Discretionary appeal accepted; cause held for the decision in 2010–0819, *State v. Mbodji,* Hamilton App. No. C–090384; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

Motion for stay of jurisdictional consideration denied as moot.

**2011–0010. State v. Harris.**

Cuyahoga App. No. 95128, 2010-Ohio-5374. Discretionary appeal accepted on Proposition of Law No. II and cause consolidated with 2011–0008, *State v. Harris,* Cuyahoga App. No. 95128, 2010-Ohio-5374.

LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. I.

PFEIFER, J., dissents.

**2011–0033. State v. Johnson.**

Butler App. No. CA2009–12–307, 2010-Ohio-5808.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2011–0049. State v. Vickers.**

Franklin App. No. 10AP–318. Discretionary appeal accepted on Proposition of Law No. II.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., would also accept the appeal on Proposition of Law Nos. I and III.

PFEIFER, LANZINGER, and MCGEE BROWN, JJ., dissent.